# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1334

ARNETT FACIAL RECONSTRUCTION COURSES, INC.,

Plaintiff-Appellant,

v.

PATTERSON DENTAL SUPPLY, INC.
(doing business as Dolphin Imaging and Management Solutions),

Defendant-Appellee,

and

DOES 1-10, INCLUSIVE,

Defendants.

Appeal from the United States District Court for the Central District of California in case no. 11-CV-6929, Judge Consuelo B. Marshall.

Authorized Abbreviated Caption[2]

ARNETT FACIAL RECONSTRUCTION V PATTERSON DENTAL SUPPLY, 2013-1334

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.