FORM 8.  Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Arnett Facial Reconstruction Courses, Inc.   v.   Patterson Dental Supply, Inc.

No. 13-1334

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____Pro Se        __✓__As counsel for:      Arnett Facial Reconstruction Courses, Inc.
                                                                        Name of party

I am, or the party I represent is (select one):

_____Petitioner    _____Respondent    _____Amicus curiae    _____Cross Appellant

__✓__Appellant    _____Appellee    _____Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____Petitioner or appellant      _____Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Roger N. Behle, Jr. |
| Law firm: | Foley Bezek Behle & Curtis LLP |
| Address: | 575 Anton Boulevard, Suite 710 |
| City, State and ZIP: | Costa Mesa, CA 92626 |
| Telephone: | (714) 556-1700 |
| Fax #: | (714) 546-5005 |
| E-mail address: | rbehle@foleybezek.com |

Statement to be completed by counsel only (select one):

____✓__ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

___✓_Yes    _____No

_____A courtroom accessible to the handicapped is required if oral argument is scheduled.

_____                    _____
        Date                                              Signature of pro se or counsel

cc: _____

123

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on
by:

May 3, 2013

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
    (by email or CM/ECF)

| Roger N. Behle, Jr. | /s/ Roger N. Behle, Jr. |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm        Foley Bezek Behle & Curtis LLP

Address         575 Anton Boulevard, Suite 710

City, State, ZIP    Costa Mesa, CA 92626

Telephone Number    (714) 556-1700

FAX Number      (714) 546-5005

E-mail Address      rbehle@foleybezek.com

NOTE: For attorneys filing documents electronically, the name of the filer
under whose log-in and password a document is submitted must be preceded
by an "/s/" and typed in the space where the signature would otherwise appear.
Graphic and other electronic signatures are discouraged.